# EXHIBIT 2

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
Jonathan Horne, Esq. (JH 7258)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jhorne@rosenlegal.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| ELLIOT GREENBERG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: 11-CV-3616 (RJS) <br><br> CLASS ACTION |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION OF UNIVERSAL INVEST QUALITY GROWTH TO CONSOLIDATE RELATED ACTIONS; APPOINT LEAD PLAINTIFF; AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** |
| v. | |
| YONGYE INTERNATIONAL, INC., ZISHEN WU, TAORAN SUN, AND SAM YU, | |
| Defendant. | |
| -------------------------------------------------------------X | |
| TIMOTHY BUTLER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No.: 11-CV-3799 (RJS) <br><br> CLASS ACTION |
| Plaintiff, | |
| v. | |
| YONGYE INTERNATIONAL, INC., ZISHEN WU, TAORAN SUN, AND SAM YU, | |
| Defendants. | |
| -------------------------------------------------------------X | |

Exhibit 2
026

Case 2:24-cv-10216-JFW-SK Document 30-1 Filed 07/08/25 Page 3 of 4 Page ID
Case 2:11-cv-06946-SRJS Document 25 Filed 09/12/11 Page 2 of 3 Page ID
#:369

**PLEASE TAKE NOTICE** that lead plaintiff movant Universal Invest Quality Growth ("Universal") hereby withdraws its motion for appointment as lead plaintiff and approval of its selection of lead counsel, docket no. 4. This withdrawal is made without prejudice to Universal's rights to participate in this action as a member of the proposed class and to share in any settlement or recovery.

Dated: September 12, 2011

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**


_____/s/ Phillip Kim_____
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
Jonathan Horne, Esq. (JH 7258)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
pkim@rosenlegal.com
lrosen@rosenlegal.com
jhorne@rosenlegal.com

Counsel for Plaintiffs

1

Exhibit 2
027

## CERTIFICATE OF SERVICE

    I hereby certify that on this, the 12th day of September, 2011, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                /s/ Phillip Kim

Exhibit 2
028