1  HENRY ROSEN (Bar No. 156963)
   hrosen@dicellolevitt.com
2  BRIAN O. O'MARA (Bar No. 229737)
   briano@dicellolevitt.com
3  HANI Y. FARAH (Bar No. 307622)
   hfarah@dicellolevitt.com
4  KELSEY ANDERSON (Bar No. 359467)
   kanderson@dicellolevitt.com
5  **DiCELLO LEVITT LLP**
   4747 Executive Dr., Suite 240
6  San Diego, CA  92121
   Tel.:  (619) 923-3939
7
   *Proposed Lead Counsel for Proposed Lead Plaintiff*
8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                   WESTERN DIVISION

12  JERIES SALEH, Individually and on      )  Case No. 2:24-cv-11021
    Behalf of All Others Similarly Situated, )
13                                          )  **CLASS ACTION**
                          Plaintiff,        )
14                                          )
           vs.                              )  DECLARATION OF BRIAN O.
15                                          )  O'MARA IN SUPPORT OF THE
    ASTRAZENECA PLC, PASCAL                 )  REPLY MEMORANDUM IN
16  SORIOT, and ARADHANA SARIN,             )  FURTHER SUPPORT OF THE
                                            )  INSTITUTIONAL INVESTOR
17                        Defendants.       )  FUNDS' MOTION FOR
                                            )  APPOINTMENT AS LEAD
18                                          )  PLAINTIFF AND APPROVAL OF
                                            )  LEAD PLAINTIFF'S SELECTION OF
19                                          )  LEAD COUNSEL
                                            )
20                                          )
                                            )  DATE:     March 24, 2025
21                                          )  TIME:     1:30 p.m.
                                            )  CTRM:     7A
22                                          )  JUDGE:    Hon. John F. Walter
    _____ x
23

24

25

26

27

28

---

O'Mara Declaration ISO Reply Mem. in Further Support of the Institutional Investor Funds'
Motion for Lead Plaintiff & Approval of Selection of Lead Counsel – No. 2:24-cv-11021

1    I, Brian O. O'Mara, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the

3 State of California and this Court. I am a partner of DiCello Levitt LLP, counsel for

4 C+F (C+F Global, C+F Global Route, C+F Very Low, and C+F World Equities) and

5 Universal Invest (Universal Invest Dynamic, Universal Invest High, and Universal

6 Invest Medium) (collectively, the "Institutional Investor Funds"), and proposed lead

7 counsel for the class in the above-captioned action. I make this declaration in

8 Support of the Reply Memorandum in Further Support of the Institutional Investor

9 Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's

10 Selection of Lead Counsel. I have personal knowledge of the matters stated herein

11 and, if called upon, I could and would competently testify thereto.

12    2.    Attached hereto as exhibits are true and correct copies of the following:

13    Exhibit 1:    Supplemental Declaration of Cathy Arendt;

14    Exhibit 2:    Supplemental Declaration of Johan Verbist;

15    Exhibit 3:    *Bloomberg* Security Profile, AstraZeneca PLC foreign
              ordinary shares;

16

17    Exhibit 4:    *Bloomberg* Security Profile, AstraZeneca PLC foreign debt
              security, 0.375% bond due 3/26/2029;

18    Exhibit 5:    *Bloomberg* Security Profile, AstraZeneca PLC foreign debt
              security, 3.75% bond due 3/3/2032;

19

20    Exhibit 6:    February 1, 2012 Transcript of Proceedings, *In re Yongye
              Int'l, Inc. Sec. Litig.*, No. 1:11-cv-03799 (S.D.N.Y. Feb. 15,
              2012), ECF No. 12; and

21

22    Exhibit 7:    Notice of Voluntary Dismissal, *In re Yongye Int'l, Inc. Sec.
              Litig.*, No. 1:11-cv-03799 (S.D.N.Y. Mar. 6, 2012), ECF No.
              14.

23

24    I declare under penalty of perjury that the foregoing is true and correct.

25

                        *s/ Brian O. O'Mara*
26                      BRIAN O. O'MARA

27

28

                              1