# Exhibit 3

AZN LN GBp XD ↑ 11842.0 -230.0 L11842.0 / 11844.0L 5128 x 209
At 12:36 d Vol 1,708,932 O 11914.0L H 11944.0L L 11644.0L Val 20.191B

AZN LN Equity | 98) Report | Page 1/5 Security Description: Equity

Profile | Issue Info | Ratios | Revenue & EPS | ESG

ASTRAZENECA PLC — FIGI BBG000C0YGH4

6) BI Research Primer | BICO » — Classification Large Pharma

AstraZeneca PLC operates as a holding company. The Company, through its subsidiaries, researches, manufactures, and sells pharmaceutical and medical products. AstraZeneca focuses its operations on eight therapeutic areas, including gastrointestinal, oncology, cardiovascular, respiratory, central nervous system, pain control, anaesthesia, and infection. ...

8) Price Chart | GP »

| | |
|---|---|
| Px/Chg 1D (GBp) | 11842.00/-1.91% |
| 52 Wk H (09/03/24) | 13338.00 |
| 52 Wk L (11/07/24) | 9670.00 |
| YTD Change/% | 1,374.00/13.13% |
| Mkt Cap (GBP) | 183,622.9M |
| Shrs Out/Float | 1,550.6M/1,498.8M |

No short interest information available from exchange.

9) Estimates | EE »

| | | |
|---|---|---|
| Date Bef-mkt (C) | | 04/29/25 |
| P/E | | 33.58 |
| Est P/E | 12/25 | 16.99 |
| T12M EPS | (USD) | 4.54 |
| Est EPS | | 8.98 |
| Est PEG | | 1.47 |

12) Dividend | DVD »

| | |
|---|---|
| Ind Gross Yield | 2.06% |
| 5Y Net Growth | 1.98% |
| Cash 02/20/25 | 2.10 |
| Round Lot | 1 |

13) Corporate Info

14) www.astrazeneca.com

Cambridge, GB

Empls 94,300 (12/31/24)

15) Management | MGMT »

16) Sir Pascal Claude Roland S...
CEO/Executive Director

17) Dr Aradhana Sarin
CFO/Executive Director

18) Jeff Pott
CHRO/Chief Compliance Ofcr...

| | |
|---|---|
| 12M Tot Ret | 18.55% |
| Beta vs UKX | 1.01 |

21) Depositary Receipts

| | |
|---|---|
| Active Receipts | 12 |

AZN LN GBp XD ↑ 11842.0 -230.0 L11842.0 / 11844.0L 5128 x 209
At 12:36 d Vol 1,708,932 O 11914.0L H 11944.0L L 11644.0L Val 20.191B

AZN LN Equity | 98) Report | Page 2/5 Security Description: Equity

Profile | Issue Info | Ratios | Revenue & EPS | ESG

6) Public Offerings | CACS » | 7) More

| Date | Shares | Price | Lead Manager |
|---|---|---|---|
| 03/29/2019 | 44.39M | GBp 6050.... | F C GSI,MS |
| 02/11/2004 | 21.20M | SEK 352.00 | F C UBS |
| 05/12/1993 | 225.00M | GBp 600.00 | I C |

8) Inst Holdings | OWN »

| | |
|---|---|
| # of Inst. Owners | 1,214 |
| Shares Owned | 955.47M |
| Shares Out/Float | 61.6%/60.3% |
| # of Buyers/Sellers | 526/546 |
| Shares Bought | 393.97M |

9) Issue Information | RELS »

Sec Type Common Stock
Pri Exch London PAR USD 0.25
Pri MIC XLON Lcl Mic XLON
Incorp BRITAIN
Segment SET1 Sector FE10 NMS .20
FIGI BBG000C0YGH4
ISIN GB0009895292
SEDOL1 0989529 GB WPK # 886455
Common 011193129 Sicovam 906811

10) Eq Wgts | WGT »

| | |
|---|---|
| 21) SXXP | N.A. |
| 22) UKX | 8.366% |
| 23) ASX | 7.246% |
| 24) WORLD | 0.299% |
| 25) NMX | 7.369% |
| 26) EUR | 2.013% |
| 27) DM | 0.339% |
| 28) WLS | 0.262% |
| 29) EDM | 2.050% |

13) Option | OMON »
Options Available

11) Insider Holdings | OWN »

| | |
|---|---|
| % Held by Insiders | 0.01% |
| Net Change Last 6M | 105.88% |

12) Top Holders | HDS »
as of 03/10/2025

| | |
|---|---|
| BLACKROCK | 7.48% |
| VANGUARD GROUP | 5.96% |
| CAPITAL GROUP COMPAN... | 4.77% |
| INVESTOR INVESTMENTS... | 3.33% |
| NORGES BANK | 2.07% |
| FMR LLC | 1.79% |
| CREDIT AGRICOLE GROUP | 1.73% |



