# Exhibit 4

AZN 0 3/8 06/03/29 €↑89.931 +.128 89.802 / 90.060 2.976 / 2.906
At 11:21 --x-- Source BGN
AZN 0 3/8 06/03/29 Corp
Actions
Settings
Page 1/13 Security Description: Bond
94) Notes
95) Buy
96) Sell
25) Bond Description
26) Issuer Description
Pages
11) Bond Info
12) Addtl Info
13) Reg/Tax
14) Covenants
15) Guarantors
16) Bond Ratings
17) Identifiers
18) Exchanges
19) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
23) Impact
Quick Links
32) ALLQ Pricing
33) QRD Qt Recap
34) TDH Trade Hist
35) CACS Corp Action
36) CF Filings
37) CN Sec News
38) HDS Holders
60) Send Bond
Issuer Information
Name ASTRAZENECA PLC
Industry Pharmaceuticals (BCLASS)
Security Information
Mkt Iss EURO MTN
Ctry/Reg GB Currency EUR
Rank Sr Unsecured Series EMTN
Coupon 0.375000 Type Fixed
Cpn Freq Annual
Day Cnt ACT/ACT Iss Price 100.0000
Maturity 06/03/2029 Reoffer 99.584
MAKE WHOLE @15.000 until 03/03/29/ CALL 03/...
Iss Sprd +47.00bp vs MIDSWAPS
Calc Type (1)STREET CONVENTION
Pricing Date 05/26/2021
Interest Accrual Date 06/03/2021
1st Settle Date 06/03/2021
1st Coupon Date 06/03/2022
Identifiers
FIGI BBG01173DG48
ISIN XS2347663507
ID Number BP7940151
Bond Ratings
Moody's A1
S&P A+
Fitch Au
Composite A+
Issuance & Trading
Amt Issued/Outstanding
EUR 800,000.00 (M) /
EUR 800,000.00 (M)
Min Piece/Increment
100,000.00/ 1,000.00
Par Amount 1,000.00
Book Runner JOINT LEADS
Exchange LONDON
Suggested Functions
BETA Track performance vs. a benchmark
SXT Capture non-electronic cash sales

AZN 0 3/8 06/03/29
€89.913
+.110
89.784 / 90.042
2.981 / 2.911
At 11:22
Source BGN
AZN 0 3/8 06/03/29 Corp
Actions
Settings
Page 8/13 Security Description: Bond
94) Notes
95) Buy
96) Sell
25) Bond Description
26) Issuer Description
Pages
11) Bond Info
12) Addtl Info
13) Reg/Tax
14) Covenants
15) Guarantors
16) Bond Ratings
17) Identifiers
18) Exchanges
19) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
23) Impact
Quick Links
32) ALLQ Pricing
33) QRD Qt Recap
34) TDH Trade Hist
35) CACS Corp Action
36) CF Filings
37) CN Sec News
38) HDS Holders
60) Send Bond
Exchanges, Issuance & Trading Information
Clearing House
EUROCLEAR
CLEARSTREAM LUX
LSE Reportable
Exchange MIC Code Mkt Segment
ALL GERMAN SE YYYY
Gettex MUND
LONDON XLON CWTR-CORP WSale Debt R...
Quotrix XQTX
TRADEGATE XGAT
Suggested Functions
BETA Track performance vs. a benchmark
SXT Capture non-electronic cash sales



