# Exhibit 5

AZN 3 ¾ 03/03/32 €↓102.977 +.204 102.788 / 103.165 3.283 / 3.221
At 11:17 --x-- Source BGN
AZN 3 ¾ 03/03/32 Corp
Actions
Settings
Page 1/13 Security Description: Bond
94) Notes
95) Buy
96) Sell
25) Bond Description
26) Issuer Description
Pages
11) Bond Info
12) Addtl Info
13) Reg/Tax
14) Covenants
15) Guarantors
16) Bond Ratings
17) Identifiers
18) Exchanges
19) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
23) Impact
Quick Links
32) ALLQ Pricing
33) QRD Qt Recap
34) TDH Trade Hist
35) CACS Corp Action
36) CF Filings
37) CN Sec News
38) HDS Holders
66) Send Bond
Issuer Information
Name ASTRAZENECA PLC
Industry Pharmaceuticals (BCLASS)
Security Information
Mkt Iss EURO MTN
Ctry/Reg GB Currency EUR
Rank Sr Unsecured Series EMTN
Coupon 3.750000 Type Fixed
Cpn Freq Annual
Day Cnt ACT/ACT Iss Price 99.99200
Maturity 03/03/2032 Reoffer 99.992
MAKE WHOLE @20.000 until 12/03/31/ CALL 12/...
Iss Sprd +60.00bp vs MIDSWAPS
Calc Type (1)STREET CONVENTION
Pricing Date 02/24/2023
Interest Accrual Date 03/03/2023
1st Settle Date 03/03/2023
1st Coupon Date 03/03/2024
Identifiers
FIGI BBG01FNB4812
ISIN XS2593105476
ID Number ZL2937320
Bond Ratings
Moody's A1
S&P A+
Fitch Au
Composite A+
Issuance & Trading
Amt Issued/Outstanding
EUR 750,000.00 (M) /
EUR 750,000.00 (M)
Min Piece/Increment
100,000.00/ 1,000.00
Par Amount 1,000.00
Book Runner JOINT LEADS
Exchange LONDON
Suggested Functions
BICO Gain insight into a company's key drivers
FPA Analyze a security's forward price

AZN 3 ¾ 03/03/32 €↓102.978 +.205 102.790 / 103.166 3.282 / 3.220
At 11:18 --x-- Source BGN
AZN 3 ¾ 03/03/32 Corp
Actions
Settings
Page 8/13 Security Description: Bond
94) Notes
95) Buy
96) Sell
25) Bond Description
26) Issuer Description
Pages
11) Bond Info
12) Addtl Info
13) Reg/Tax
14) Covenants
15) Guarantors
16) Bond Ratings
17) Identifiers
18) Exchanges
19) Inv Parties
20) Fees, Restrict
21) Schedules
22) Coupons
23) Impact
Quick Links
32) ALLQ Pricing
33) QRD Qt Recap
34) TDH Trade Hist
35) CACS Corp Action
36) CF Filings
37) CN Sec News
38) HDS Holders
66) Send Bond
Exchanges, Issuance & Trading Information
Clearing House
EUROCLEAR
CLEARSTREAM LUX
LSE Reportable
Exchange MIC Code Mkt Segment
BERLIN XBER
DUSSELDORF XDUS
FRANKFURT XFRA
Gettex MUND
LONDON XLON CWTR-CORP WSale Debt R...
MUNICH XMUN
Quotrix XQTX
STUTTGART XSTU
TRADEGATE XGAT
Suggested Functions
BICO Gain insight into a company's key drivers
FPA Analyze a security's forward price



