# Exhibit 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x
In re YONGYE INTERNATIONAL, INC.  : Civil Action No. 1:11-cv-03616-RJS
SECURITIES LITIGATION             :
                                  : <u>CLASS ACTION</u>
——————————————————               :
This Document Relates To:         :
    ALL ACTIONS.                  :
                                  :
——————————————————— x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-12
```

NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, Lead Plaintiffs Patricia Horne, Merton Horne and Scott Whitehead ("Lead Plaintiffs") filed an Amended Complaint for Violation of the Federal Securities Laws, on behalf of themselves and all others similarly situated against Defendants Yongye, Zishen Wu, and Sam Yu (collectively, the "Defendants") on December 12, 2011;

WHEREAS, no Defendant in this Action has served either an answer or a motion for summary judgment; and

WHEREAS, a class has not been certified in this Action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiffs voluntarily dismiss the Action with prejudice to themselves as named Plaintiffs.

DATED: March 5, 2012           ROBBINS GELLER RUDMAN
                                 & DOWD LLP
                               SAMUEL H. RUDMAN
                               DAVID A. ROSENFELD
                               CHRISTOPHER M. BARRETT


                                       /s/ David A. Rosenfeld
                               DAVID A. ROSENFELD

                               58 South Service Road, Suite 200
                               Melville, NY 11747
                               Telephone: 631/367-7100
                               631/367-1173 (fax)

SO ORDERED:                    *Lead Counsel for Plaintiffs*

[signature]
U.S.D.J.
3/6/12

- 1 -