ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM (188355)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC,<br><br>Defendants. | Case No. 2:24-cv-11021-JFW-AS<br><br>CLASS ACTION<br><br>NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION GRANTING THE PENSION FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4915-5943-6071.v1

1   PLEASE TAKE NOTICE that lead plaintiff movants Teamsters Local 710
2  Pension Fund and St. Clair County Employees' Retirement System hereby lodge the
3  attached [Proposed] Statement of Decision Granting the Pension Funds' Motion for
4  Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead
5  Counsel.

6  DATED: March 12, 2025          Respectfully submitted,

7                                 ROBBINS GELLER RUDMAN
                                    & DOWD LLP
8                                  SCOTT H. SAHAM
                                   DANIELLE S. MYERS
9                                  MICHAEL ALBERT

11                                        s/ Michael Albert
                                   ─────────────────────────
                                          MICHAEL ALBERT

13                                 655 West Broadway, Suite 1900
                                   San Diego, CA  92101
                                   Telephone: 619/231-1058
14                                 619/231-7423 (fax)
                                   scotts@rgrdlaw.com
15                                 dmyers@rgrdlaw.com
                                   malbert@rgrdlaw.com

                                   Proposed Lead Counsel for Proposed Lead
17                                 Plaintiff

18                                 VANOVERBEKE, MICHAUD
                                     & TIMMONY, P.C.
19                                 THOMAS C. MICHAUD
                                   79 Alfred Street
20                                 Detroit, MI  48201
                                   Telephone: 313/578-1200
21                                 313/578-1201 (fax)
                                   vanoverbeke@vmtlaw.com
22                                 tmichaud@vmtlaw.com

23                                 Additional Counsel

- 1 -

4915-5943-6071.v1