1 │ HENRY ROSEN (Bar No. 156963)
  │ hrosen@dicellolevitt.com
2 │ BRIAN O. O'MARA (Bar No. 229737)
  │ briano@dicellolevitt.com
3 │ HANI Y. FARAH (Bar No. 307622)
  │ hfarah@dicellolevitt.com
4 │ KELSEY ANDERSON (Bar No. 359467)
  │ kanderson@dicellolevitt.com
5 │ **DiCELLO LEVITT LLP**
  │ 4747 Executive Dr., Suite 240
6 │ San Diego, CA  92121
  │ Tel.: (619) 923-3939
7 │
  │ *Proposed Lead Counsel for Proposed Lead Plaintiff*
8 │
9 │                UNITED STATES DISTRICT COURT
10 │               CENTRAL DISTRICT OF CALIFORNIA
11 │                      WESTERN DIVISION
12 │ JERIES SALEH, Individually and on    )   Case No. 2:24-cv-11021
   │ Behalf of All Others Similarly Situated, )
13 │                                      )   **<u>CLASS ACTION</u>**
   │                       Plaintiff,     )
14 │                                      )   NOTICE OF LODGING OF
   │                                      )   [PROPOSED] STATEMENT OF
15 │        vs.                           )   DECISION GRANTING THE
   │                                      )   INSTITUTIONAL INVESTOR
16 │ ASTRAZENECA PLC, PASCAL              )   FUNDS' MOTION FOR
   │ SORIOT, and ARADHANA SARIN,          )   APPOINTMENT AS LEAD
17 │                                      )   PLAINTIFF AND APPROVAL OF
   │                       Defendants.    )   LEAD PLAINTIFF'S SELECTION OF
18 │                                      )   LEAD COUNSEL
   │ _____x
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │

Notice of Lodging of [Proposed] Statement of Decision Granting the Institutional Investor Funds'
Lead Plaintiff Motion and Approval of Their Selection of Lead Counsel – No. 2:24-cv-11021

1    PLEASE TAKE NOTICE that lead plaintiff movants C+F (C+F World

2   Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic,

3   Universal Invest High, Universal Invest Medium, and Universal Invest Low)

4   (together, the "Institutional Investor Funds") hereby lodge the attached [Proposed]

5   Statement of Decision Granting the Institutional Investor Funds' Motion for

6   Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead

7   Counsel.

8    DATED:  March 12, 2025          Respectfully submitted,

9                                    **DiCELLO LEVITT LLP**
                                     HENRY ROSEN
10                                   BRIAN O. O'MARA
                                     HANI Y. FARAH
11                                   KELSEY ANDERSON

12                                   _____s/ *Brian O. O'Mara*_____
                                     BRIAN O. O'MARA
13

14                                   4747 Executive Dr., Suite 240
                                     San Diego, CA  92121
15                                   Tel.:  (619) 923-3939

16                                   *Proposed Lead Counsel for Proposed
                                     Lead Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1            **CERTIFICATE OF SERVICE**

2          I hereby certify under penalty of perjury that on March 12, 2025, I authorized

3 the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF

4 system which will send notification of such filing to the e-mail addresses on the

5 attached Electronic Mail Notice List, and I hereby certify that I caused the mailing

6 of the foregoing via the United States Postal Service to the non-CM/ECF participants

7 indicated on the attached Manual Notice List.

8

9                               s/ *Brian O. O'Mara*
                                   BRIAN O. O'MARA

10

11                          BRIAN O. O'MARA
                         briano@dicellolevitt.com

12                          **DiCELLO LEVITT LLP**
                         4747 Executive Dr., Suite 240

13                          San Diego, CA  92121
                         Tel.:  (619) 923-3939

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Lodging of [Proposed] Statement of Decision Granting the Institutional Investor Funds'
Lead Plaintiff Motion and Approval of Their Selection of Lead Counsel – No. 2:24-cv-11021