**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 24-11021-JFW(ASx)** | Dated: March 20, 2025 |

Title:     Jeries Saleh -v- AstraZeneca PLC, et al.

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

|  |  |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**  ORDER TAKING UNDER SUBMISSION TEAMSTERS LOCAL 710 PENSION FUND AND ST. CLAIR COUNTY EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL [filed 2/21/25; Docket No. 18]; and

ORDER TAKING UNDER SUBMISSION THE INSTITUTIONAL INVESTOR FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL [filed 2/21/25; Docket No. 22]

   Teamsters Local 710 Pension Fund's and St. Clair County Employees' Retirement System's Motion for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel and the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel are currently on calendar for March 24, 2025, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for March 24, 2025, is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr