UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERIES SALEH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASTRAZENECA PLC, PASCAL SORIOT, and ARADHANA SARIN,<br><br>Defendants. | Case No. CV 24-11021-JFW(ASx)<br><br>**CLASS ACTION**<br><br>ORDER GRANTING THE INSTITUTIONAL INVESTOR FUNDS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Order Granting the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel – No. 2:24-cv-11021

On February 21, 2025, C+F (C+F World Equities and C+F Very Low) and Universal Invest (Universal Invest Dynamic, Universal Invest High, Universal Invest Medium and Universal Invest Low) (together, the "Institutional Investor Funds") filed their Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion").

The Court, having considered the Institutional Investor Funds' Motion, hereby ORDERS as follows:

1. The Motion is **GRANTED**;

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), the Institutional Investor Funds are appointed Lead Plaintiff for the class; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Institutional Investor Funds' selection of DiCello Levitt LLP as Lead Counsel is approved. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED: March 21, 2025

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

- 1 -

Order Granting the Institutional Investor Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel – No. 2:24-cv-11021